IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ETTA MARIE BIRDO-USAND, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  4:21-cv-00522-O |
| UNITED PARCEL SERVICE, INC., | § § § § | |
| Defendant. | § | |

## ORDER

On December 1, 2021, the parties filed a Mediation Report (ECF No. 11), informing the Court that they have agreed to settle this matter. Accordingly, the parties are **ORDERED** to file appropriate settlement papers or file a stipulation of dismissal no later than **January 1, 2022.**

**SO ORDERED** this **1st day** of **December, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE