IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ETTA MARIE BIRDO-USAND, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.:  4:21-cv-522 |
| UNITED PARCEL SERVICE, INC. | § § § | |
| *Defendant.* | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Etta Marie Birdo-Usand and Defendant United Parcel Services, Inc. ("the Parties"), through the undersigned, agree and stipulate that this case shall be, and hereby is, DISMISSED WITH PREJUDICE. The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

JOINTLY SUBMITTED, this 20th day of December, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ Jamie J. Gilmore* | */s/ Shannon B. Schmoyer* |
| Jamie J. Gilmore | Shannon B. Schmoyer |
| Texas Bar No. 24045262 | Texas Bar No. 17780250 |
| Brittney L. Thompson | sschmoyer@sr-llp.com |
| Texas Bar No. 24104618 | Christine E. Reinhard |
| BAILEY & GALYEN | Texas Bar No. 24013389 |
| 1300 Summit Ave., Suite 650 | creinhard@sr-llp.com |
| Fort Worth, Texas 76102 | Dylan A. Farmer |
| PH:  817.276.6000 | Texas Bar No. 24093417 |
| FX:  817.276.6010 | dfarmer@sr-llp.com |
| jgilmore@galyen.com | SCHMOYER REINHARD LLP |
| bthompson@galyen.com | 8000 IH 10 West, Suite 1600 |
| | San Antonio, Texas 78230 |
| **ATTORNEYS FOR PLAINTIFF** | PH: (210) 447-8033 |
| **ETTA MARIE BIRDO-USAND** | FX: (210) 447-8036 |

1

Ian B. Hatch
Arizona Bar No. 035842
ian.hatch@winkphillips.com
WICK PHILIPS GOULD & MARTIN, LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Facsimile: (817) 332-7789

Marcia Nelson Jackson
Texas Bar No. 24008411
marcia.jackson@wickphillips.com
Wick Philips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: (214) 692.6200
Facsimile: (214) 692.6255

**ATTORNEYS FOR DEFENDANT UNITED PARCEL SERVICE, INC. (OHIO)**

## CERTIFICATE OF SERVICE

I hereby certify I served a copy of the foregoing document via *CM/ECF* to:

Jamie J. Gilmore
jgilmore@galyen.com
Brittney L. Thompson
bthompson@galyen.com
Bailey & Galyen
1300 Summit Avenue, Suite 650
Fort Worth, Texas 76102

on December 20, 2021.

*/s/ Dylan A. Farmer*
Dylan A. Farmer